```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MINNESOTA
                   Criminal No. 04-394 (DSD/SRN)
```

UNITED STATES OF AMERICA,   )
                            )
            PLAINTIFF,      )
      v.                    )     FINAL ORDER OF FORFEITURE
                            )
JOHN ALTON LARSON and       )
MELVYN JAMES ROBINS,        )
                            )
            DEFENDANTS.     )

WHEREAS, on May 19, 2005, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States pursuant to Title 21, United States Code, Section 853(a):

    a.    2300 Zenith Avenue, Minneapolis, Minnesota, legally described as the South 25 feet from front to rear of Lot 9; and all of Lot 10, Block 3, "Delphian Heights, Hennepin County, Minnesota;"

    b.    516 Thunderbird Lane, Wakefield, Michigan, legally described as Lot 68, Indian Hills Subdivision No. 2, according to the recorded plat thereof situated in the Township of Wakefield, Gogebic County, State of Michigan; and

    c.    6415 County Road 19, Unit No. 103, Corcoran, Minnesota, legally described as Unit No. 103, CIC No. 955, Park Place Storage Condominiums, Hennepin County, Minnesota.

WHEREAS, the United States provided notice to various parties and individuals believed to have an interest in the property preliminarily forfeited to the United States;

WHEREAS, on November 11, November 18 and November 25, 2005, the plaintiff published notice of the forfeiture of the above-described property in *Finance and Commerce*, Minneapolis, Minnesota;

WHEREAS, on November 15, November 22, and November 29, 2005 in the *Daily Globe*, Ironwood, Michigan;

WHEREAS, the published notices advised all unknown persons with an interest in the above-described real property of the United States' intent to dispose of the property in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the above-described property;

WHEREAS, BKJ Properties and Hennepin County have filed petitions for an ancillary hearing pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c), asserting an interest in certain items of property identified for forfeiture in the Preliminary Order of Forfeiture described above;

WHEREAS, the third-party petition filed by BKJ properties related to real property located at 1423 Lowry Avenue North, Minneapolis, Minnesota, and the government's motion indicates that it is no longer seeking the forfeiture of this property;

WHEREAS, the United States has reached agreements with Paul Jorgensen and Hennepin County, resolving the claims of these parties to the forfeited property; and

WHEREAS, the time for filing a third-party petition pursuant to 21 U.S.C. § 853(n) has expired,

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.   all right, title and interest in the following real property is hereby forfeited to and vested in the United States of America:

   a.   2300 Zenith Avenue, Minneapolis, Minnesota, legally described as the South 25 feet from front to rear of Lot 9; and all of Lot 10, Block 3, "Delphian Heights, Hennepin County, Minnesota;"

   b.   516 Thunderbird Lane, Wakefield, Michigan, legally described as Lot 68, Indian Hills Subdivision No. 2, according to the recorded plat thereof situated in the Township of Wakefield, Gogebic County, State of Michigan; and

   c.   6415 County Road 19, Unit No. 103, Corcoran, Minnesota, legally described as Unit No. 103, CIC No. 955, Park Place Storage Condominiums, Hennepin County, Minnesota; and

2.   the Stipulation For Payment Of Real Estate Taxes entered into between the United States and Hennepin County is approved.

3. the Expedited Settlement Agreement entered into between the United States and Park Place Storage Condominiums is approved.

4. the above-described property shall be disposed of by the United States Marshal in accordance with law, and in accordance with the provisions of the Expedited Settlement Agreement and the Stipulation For Payment Of Real Estate Taxes.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 1, 2006     s/ David S. Doty
                            DAVID S. DOTY, Judge
                            United States District Court